# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| JOYCE PEKALA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MOSS HOLDING COMPANY, a Delaware corporation, <br><br> Defendants. | Case No. 8:20-cv-00206-JLS-KES <br><br> **ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: January 26, 2021

Hon. Josephine L. Staton
United States District Judge